Ex parte SAYERS. (Court of Criminal Appeals of Texas. Jan. 10, 1912.) Appeal from District Court, King County; Jo. A. P. Dickson, Judge. Application of F. P. Sayers for a writ of habeas corpus to admit to bail. Writ denied, and applicant appeals. Judgment reversed, and bail fixed at $5,000. A. J. Fires, R. D. Browne, and J. M. Hawkins, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Relator, on trial under a writ of habeas corpus, was refused bail. The charge was murder. We have carefully examined the facts, and are of opinion that the trial court was in error in refusing to grant relator bail. We are of opinion the judgment should be reversed, and relator granted bail in the sum of $5,000. The officer having relator in charge will release him, upon his executing bond in this amount in the terms and under the provisions of the law. The judgment is reversed, and bail fixed at $5,000.

---

Ex parte SHEDD. (Court of Criminal Appeals of Texas. Jan. 10, 1912.) Appeal from District Court, Ellis County; F. L. Hawkins, Judge. Habeas corpus by William Shedd for his release on bail. From a judgment refusing bail, he appeals. Reversed, and bail granted. Clyde F. Winn, for appellant. C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Relator was indicted by the grand jury of Ellis county, charging him with murder. He sued out a writ of habeas corpus before the district judge, who remanded him to the custody, refusing to grant bail. We have carefully studied the evidence, and are of the opinion that bail should have been granted, and, the evidence showing that relator is a man of small or no means, his bond is fixed in the sum of $3,000. Reversed, and bail granted.

---

AMERICAN CONST. CO. v. JACKSON.† (Court of Civil Appeals of Texas. Austin. Jan. 3, 1912.) Rehearing denied Jan. 31, 1912.) Error from District Court, Travis County; Geo. Calhoun, Judge. Action between the American Construction Company and J. A. Jackson. There was a judgment for the latter, and the former brings error. Affirmed. Baker, Botts, Parker & Garwood, for plaintiff in error. Gregory, Batts & Brooks, for defendant in error.

JENKINS, J. This is a companion case to American Construction Co. v. C. D. Caswell et al., 141 S. W. 1013, and American Construction Co. v. W. B. Davis, 141 S. W. 1019, recently decided by this court. We have carefully compared the record in this case, as well as the brief for plaintiff in error, with the records and briefs in the former cases, and find that, with the exception of the names of the plaintiffs in the court below and the amounts of the judgments, this case is identical with the two cases mentioned. For the reasons stated in the opinions in said cases, the judgment of the trial court herein is affirmed. Affirmed.

---

FT. WORTH & R. G. RY. CO. v. CUNNINGHAM & BURTON. (Court of Civil Appeals of Texas. Austin. Nov. 8, 1911. Rehearing denied Dec. 13, 1911.) Appeal from Comanche County Court; J. M. Reiger, Judge. Action by Cunningham & Burton against the Ft. Worth & Rio Grande Railway Company. Judgment for plaintiffs, and defendant appeals.

† Writ of error denied by Supreme Court.

Affirmed. Andrews, Ball & Streetman and Kearby & Kearby. for appellant. Goodson & Goodson, for appellees.

KEY, C. J. In the county court appellees obtained judgment against appellant for $415 damages for injuries and diminution in value, alleged to have resulted to a shipment of cattle from the negligence of appellant. A large number of similar cases have been before this court and other appellate courts in this state, and the case at bar presents nothing new; and therefore, as the judgment is to be affirmed, it is not deemed necessary to write an extended opinion. All the questions presented in appellant's brief have been duly considered, and our conclusion is that no reversible error has been pointed out. Judgment affirmed.

---

HOWARD v. GULF, C. & S. F. Ry. Co. (Court of Civil Appeals of Texas. Austin. June 14, 1911. Rehearing Denied Oct. 18, 1911.) Appeal from District Court, Montgomery County; L. B. Hightower, Judge. Action by E. F. Howard against the Gulf, Colorado & Santa Fé Railway Company. From a judgment for defendant, plaintiff appeals. Reversed and remanded. See, also, 135 S. W. 707. Nugent & McMahon, for appellant. Terry, Cavin & Mills, F. J. & C. T. Duff, and Llewellyn & Foster, for appellee.

KEY, C. J. This is a personal injury suit, the trial of which resulted in a verdict and judgment for the defendant, and the plaintiff has appealed. At the request of appellee the trial court gave five special instructions relating to the question of contributory negligence, and when the case was submitted in this court appellee's counsel admitted in oral argument that appellant's assignment complaining that the giving of these instructions unduly and improperly emphasized that phase of the case was well taken. It was practically conceded that the case should be reversed on account of the error referred to, if this court did not sustain appellee's contention that the undisputed testimony showed that appellant had no case, and the trial court should have instructed a verdict for appellee. We have considered the statement of facts, and have reached the conclusion that the evidence was such as entitled appellant to have his case properly submitted to the jury. We have neither the time nor inclination to quote or refer to the evidence which we think tends to support the cause of action set out in appellant's petition. On the other questions presented we rule against appellant, and reverse the case for the error noted. Reversed and remanded.

---

UNION CENT. LIFE INS. CO. v. WENTWORTH. (Court of Civil Appeals of Texas. Austin. Jan. 10, 1912.) Appeal from District Court, Milam County; J. R. Scott, Judge. Action by J. Q. A. Wentworth, as next friend, against the Union Central Life Insurance Company. From a judgment for plaintiff, defendant appeals. Affirmed. E. A. Camp, for appellant. W. A. Morrison, for appellee.

KEY, C. J. This is an action of trespass to try title, which resulted in a judgment in favor of the plaintiff, and the defendant has appealed. The learned trial judge filed full and satisfactory conclusions of fact and law, which we adopt as the opinion of this court. All the questions presented in appellant's brief have been duly considered, and our conclusion is that no reversible error has been shown and therefore the judgment is affirmed. Affirmed.